CRIMINAL FIRST APPEARANCE

Magistrate Judge NITA L. STORMES

| | | | |
|---|---|---|---|
| USA v. | ABNER BETECH (2) | ENG- | 08MG1855 |
| | SAID BETECH (3) | ENG-10016298 | NLS08-14:06 TO 14:46 |
| | AVIVA BETECH (4) | ENG-10017298 | |

DEFENDANT (2) - ATTY: KNUT S. JOHNSON - GEN. APP.
DEFENDANT (3) - ATTY: EZEKIEL E. CORTEZ - GEN. APP.
DEFENDANT (4) - ATTY: BERNARD SKOMAL - GEN. APP.

AUSA:     CHRISTOPHER ALEXANDER

---

DOA: 6-16-08
F/A: 6-17-08

GOVERNMENTS ORAL MOTION TO UNSEAL THE COMPLAINT GRANTED.

INITIAL APPEARANCE ON THE COMPLAINT AS TO ABNER BETECH (2); SAID BETECH (3) AND AVIVA BETECH (4) HELD ON 6/17/2008.

BOND SET AS TO ABNER BETECH (2) $150,000 P/S BOND SECURED BY TRUST DEED TO THE USA ON REAL PROPERTY.
BOND SET AS TO SAID BETECH (3) $100,000 P/S BOND SECURED BY TRUST DEED TO THE USA ON REAL PROPERTY.
BOND SET AS TO AVIVA BETECH (4) $100,000 CASH BOND SECURED BY A $100,000 CASH DEPOSIT TO THE UNITED STATES DISTRICT COURT.
COURT CALLS, SWEARS AND EXAMINES PROPOSED SURETY HOOMAN ALI ASBAGHI (DEF'S HUSBAND). COURT APPROVES SURETY AND SIGNS THE SUBMITTED BOND PACKET.

PRELIMINARY HEARING SET FOR 7/1/2008 09:30 AM IN COURTROOM F BEFORE MAGISTRATE JUDGE NITA L. STORMES.

NEBBIA HEARING FOR ABNER BETECH (2) AND SAID BETECH (3) SET FOR 6/18/2008 03:00 PM IN COURTROOM F BEFORE MAGISTRATE JUDGE NITA L. STORMES.

JUNE 17, 2008

by GEORGE PERRAULT

END OF FORM