# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| SAID BETECH (3) | |

08 JUN 18 AM 11:43

CASE NUMBER: **08 MJ 1855**

BY: _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SAID BETECH**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title __18__ United States Code, § 1343

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 6-13-08 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ *no bail pending first appearance*   by  PETER C. LEWIS
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 1205 Pacific Highway, #1403, San Diego CA 92101

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/13/08 | FBI Special Agent J. Kyle Scoggins | |
| DATE OF ARREST | | |
| 6/16/08 | | |